## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

JACQUELYN DONALD,

      Plaintiff,

v.

GREGORY JARROD ALLEN,

      Defendant.

CIVIL ACTION FILE NO:

4:24-cv-00105-WMR

## **ORDER**

This matter comes before the Court on its prior Order, entered March 27, 2025, which required Plaintiff Jacquelyn Donald to notify the Court within twenty-one days whether she intended to proceed pro se or obtain new counsel. [Doc. 32]. To date, Plaintiff has not complied with the Court's Order. Therefore, this action is **DISMISSED** for want of prosecution. *See* LR 41.3(A)(2), NDGa (allowing dismissal when a party "fail[s] or refuse[s] to obey a lawful order of the Court in the case"). The Court would likely grant a Rule 60 Motion for Reconsideration should Plaintiff provide the requested information at a future date.

**IT IS SO ORDERED**, this 28th day of May, 2025.



WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE